IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NORMAN RUMAN,                                No   C 08-1924 VRW

      Plaintiff,                         ORDER

      v

RIVER ROCK ENTERTAINMENT
AUTHORITY, RIVER ROCK CASINO,
HARVEY HOPKINS, and DOES 1-50,

      Defendants.
_____/

      Defendants filed a notice of removal in this case on April 11, 2008. Doc #1. Defendants are ordered to show cause in writing by April 29, 2008, why this case should not be remanded for lack of subject matter jurisdiction. See Rains v Criterion Systems, Inc, 80 F3d 339, 343-44 (9th Cir 1996) (holding that a wrongful termination claim in violation of federal public policy does not confer removal jurisdiction); Grable & Sons Metal Products

**v Darue Engineering, 545 US 308, 313 (2005) ("[F]ederal jurisdiction demands not only a contested federal issue, but a substantial one, indicating a serious federal interest in claiming the advantages thought to be inherent in a federal forum."); Merrell Dow Pharmaceuticals Inc v Thompson, 478 US 804 (1986). Plaintiff may file a response, if any, no later than May 6, 2008.**

       **IT IS SO ORDERED.**

                    /s/ Vaughn R Walker
                    **VAUGHN R WALKER
United States District Chief Judge**