```
HOLLAND & KNIGHT LLP
    Zehava Zevit (State Bar No. 230600)
633 West Fifth Street, 21st Floor
Los Angeles, California 90071-2040
Telephone: (213) 896-2400
Facsimile: (213) 896-2450
zehava.zevit@hklaw.com

Attorney for Specially-Appearing Defendants
RIVER ROCK ENTERTAINMENT AUTHORITY
RIVER ROCK CASINO
HARVEY HOPKINS
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| NORMAN RUNYAN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RIVER ROCK ENTERTAINMENT AUTHORITY et al.,<br><br>　　　　　Defendants | CASE NO. 3:08-CV-01924-VRW<br><br>NOTICE OF APPEARANCE |

　　　Notice is hereby given that Zehava Zevit of Holland and Knight hereby appears in this action, together with Defendants' existing attorneys of record, on behalf of Defendants River Rock Entertainment Authority, River Rock Casino, and Harvey Hopkins.

Dated: April 14, 2008                    HOLLAND & KNIGHT LLP


                                         /s/
                                         _____
                                         Zehava Zevit

# 5269040_v1

Notice of Appearance                                         Case No. 3:08-CV-01924-VRW