HOLLAND & KNIGHT LLP
    William Wood (State Bar No. 248327)
633 West Fifth Street, 21st Floor
Los Angeles, California 90071-2040
Telephone: (213) 896-2400
Facsimile: (213) 896-2450
william.wood@hklaw.com

Attorney for Specially-Appearing Defendants
RIVER ROCK ENTERTAINMENT AUTHORITY
RIVER ROCK CASINO
HARVEY HOPKINS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| NORMAN RUNYAN, | CASE NO. 3:08-CV-01924-VRW |
|---|---|
| Plaintiff, | |
| vs. | NOTICE OF APPEARANCE |
| RIVER ROCK ENTERTAINMENT AUTHORITY et al., | |
| Defendants | |

Notice is hereby given that William Wood of Holland & Knight LLP hereby appears in this action, together with Defendants' existing attorneys of record, on behalf of Defendants River Rock Entertainment Authority, River Rock Casino, and Harvey Hopkins.

Dated: April 17, 2008        HOLLAND & KNIGHT LLP

                     /s/  William Wood
                     William Wood

# 5271299_v1

Notice of Appearance                    Case No. 3:08-CV-01924-VRW