HOLLAND & KNIGHT LLP
Frank R. Lawrence (State Bar No. 147531)
Zehava Zevit (State Bar No. 230600)
William Wood (State Bar No. 248327)
633 West Fifth Street, 21st Floor
Los Angeles, California 90071-2040
Telephone (213) 896-2400
Facsimile (213) 896-2450

Attorneys for Specially-Appearing Defendants
RIVER ROCK ENTERTAINMENT AUTHORITY,
RIVER ROCK CASINO and
HARVEY HOPKINS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NORMAN RUNYAN,<br><br>    Plaintiff,<br><br>vs.<br><br>RIVER ROCK ENTERTAINMENT AUTHORITY, RIVER ROCK CASINO, HARVEY HOPKINS, an individual, and DOES 1-50, inclusive,<br><br>    Defendants. | CASE No. 3:08-CV-01924-VRW<br><br>DECLARATION OF VERNON L. JENKINS IN SUPPORT OF SPECIALLY-APPEARING DEFENDANTS' MOTION TO DISMISS |

I, Vernon L. Jenkins, declare as follows:

1. I am over the age of 18 and not a party to this action.

2. I serve as the claims administrator for all claims filed against the River Rock Casino and/or River Rock Entertainment Authority under the Dry Creek Gaming Commission Procedures for Processing Tort Claims. I have personal knowledge of the facts set forth herein unless otherwise stated and can and will competently testify thereto if called upon to do so. This Declaration is made in support of Specially Appearing Defendants'

1

1  Motion to Dismiss.

2      3.     As Claims Administrator, I receive the initial copy of all claims submitted pursuant to the Dry Creek Gaming Commission Procedures for Processing Tort Claims.

4      4.     I have not received any claim from Norman Runyan.

6  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this _16_ day of April, 2008, at _HEALDSBURG_, California.

                                                        Vernon L. Jenkins, Declarant

11  # 5265168_v1