HOLLAND & KNIGHT LLP
  Frank R. Lawrence (State Bar No. 147531)
  Zehava Zevit (State Bar No. 230600)
  William Wood (State Bar No. 248327)
633 West Fifth Street, 21st Floor
Los Angeles, California 90071-2040
Telephone (213) 896-2400
Facsimile (213) 896-2450
frank.lawrence@hklaw.com
zehava.zevit@hklaw.com
william.wood@hklaw.com

Attorneys for Specially-Appearing Defendants
RIVER ROCK ENTERTAINMENT AUTHORITY,
RIVER ROCK CASINO and
HARVEY HOPKINS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| NORMAN RUNYAN, | CASE No. 3:08-CV-01924-VRW |
| Plaintiff, | |
| vs. | **[Proposed] ORDER GRANTING MOTION TO DISMISS** |
| RIVER ROCK ENTERTAINMENT AUTHORITY et al., | |
| Defendants. | |

## ORDER

    Specially-Appearing Defendants River Rock Entertainment Authority, River Rock Casino and Harvey Hopkins having moved this Court for the issuance of an Order dismissing the present action and the Court having considered the Complaint, together with the declarations of

1 | Harvey Hopkins, Vernon L. Jenkins, the Motion and the Memorandum of Points and Authorities
2 | attached thereto, the Opposition thereto, and the Reply to the Opposition, and all arguments for
3 | and against, and this matter having been duly submitted to this Court,
4 |     AND GOOD CAUSE APPEARING THEREFOR,
5 |     IT IS HEREBY ORDERED:
6 |     1.    Said Motion to Dismiss is granted;
7 |     2.    The present action is hereby dismissed with prejudice;
8 |     3.    The Clerk's office is directed to close the case.

Dated: _____

_____
United States District Judge

# 5265169_v2

[PROPOSED] ORDER GRANTING
MOTION TO DISMISS

Case No. 3:08-CV-01924-VRW