1 | HOLLAND & KNIGHT LLP
      Frank R. Lawrence (State Bar. No. 147531)
2 |   Zehava Zevit (State Bar No. 230600)
      William Wood (State Bar No. 248327)
3 | 633 West Fifth Street, 21st Floor
    Los Angeles, California  90071-2040
4 | Telephone: (213) 896-2400
    Facsimile: (213) 896-2450
5 | frank.lawrence@hklaw.com
    zehava.zevit@hklaw.com
6 | william.wood@hklaw.com

7 | Attorneys for Specially-Appearing Defendants
    RIVER ROCK ENTERTAINMENT AUTHORITY
8 | RIVER ROCK CASINO
    HARVEY HOPKINS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NORMAN RUNYAN, | CASE NO. 3:08-CV-01924-VRW |
| Plaintiff, | Date:  July 10, 2008<br>Time:  2:30 pm |
| vs. | Judge: Hon. Vaughn R. Walker |
| RIVER ROCK ENTERTAINMENT<br>AUTHORITY et al., | REQUEST FOR CONTINUATION OF<br>CASE MANAGEMENT CONFERENCE |
| Defendants | |

1

REQUEST FOR CONTINUATION OF                                      Case No. 3:08-CV-01924-VRW
CASE MANAGEMENT CONFERENCE

1  Specially-Appearing Defendants River Rock Entertainment Authority, River Rock
2  Casino, and Harvey Hopkins ("Tribal Government Defendants") hereby request that the Court
3  enter an order continuing the case management conference, currently set for June 17, 2008 at
4  3:30 p.m., and re-calendaring it as appropriate.

5  Continuance is appropriate because Motion to Dismiss filed by the Tribal Government
6  Defendants is set for hearing on July 10, 2008 at 2:30 p.m.  Holding a case management
7  conference before that date and before the Court's ruling on the Motion to Dismiss may be an
8  unnecessary expenditure of resources by the Tribal Government Defendants and time by this
9  Court.  Accordingly, in the interest of efficiency and judicial economy, the Tribal Government
10 Defendants respectfully ask this Court to reschedule the case management conference as
11 appropriate after the hearing on the Motion to Dismiss.

12 Counsel for Plaintiff Norman Runyan has been notified of this Request.  Counsel for the
13 Tribal Government Defendants solicited his stipulation to this Request, but it was declined.  *See*
14 Declaration of William Wood, attached hereto as Exhibit A.

15 WHEREFORE, the Tribal Government Defendants request entry of the attached
16 proposed order continuing the case management conference.

19 Dated: May 12th, 2008            HOLLAND & KNIGHT LLP

21                                  By:        /s/
                                            William Wood

23                                  Attorneys for Specially-Appearing Defendants,
                                    RIVER ROCK ENTERTAINMENT AUTHORITY
                                    RIVER ROCK CASINO
24                                  HARVEY HOPKINS

28 # 5323821_v1

2

REQUEST FOR CONTINUATION OF                                    Case No. 3:08-CV-01924-VRW
CASE MANAGEMENT CONFERENCE

HOLLAND & KNIGHT LLP
  Frank R. Lawrence (State Bar. No. 147531)
  Zehava Zevit (State Bar No. 230600)
  William Wood (State Bar No. 248327)
633 West Fifth Street, 21st Floor
Los Angeles, California 90071-2040
Telephone: (213) 896-2400
Facsimile: (213) 896-2450
frank.lawrence@hklaw.com
zehava.zevit@hklaw.com
william.wood@hklaw.com

Attorneys for Specially-Appearing Defendants
RIVER ROCK ENTERTAINMENT AUTHORITY
RIVER ROCK CASINO
HARVEY HOPKINS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| NORMAN RUNYAN, | CASE NO. 3:08-CV-01924-VRW |
| Plaintiff, | Date: July 10, 2008<br>Time: 2:30 pm |
| vs. | Judge: Hon. Vaughn R. Walker |
| RIVER ROCK ENTERTAINMENT AUTHORITY et al., | DECLARATION OF WILLIAM WOOD IN SUPPORT OF REQUEST FOR CONTINUATION OF CASE MANAGEMENT CONFERENCE |
| Defendants | |

1

DECLARATION OF WILLIAM WOOD                                              Case No. 3:08-CV-01924-VRW

1    I, William Wood, declare as follows:

2    1.    I am over the age of 18 and not a party to this action. I am an attorney with Holland & Knight LLP ("Holland & Knight"), outside counsel for Specially-Appearing Defendants River Rock Entertainment Authority, River Rock Casino, and Harvey Hopkins ("Tribal Government Defendants"). I have personal knowledge of the facts set forth herein unless otherwise stated and can and will competently testify thereto if called upon to do so. This Declaration is made in support of Specially-Appearing Defendants' Request for Continuation of Case Management Conference.

3    2.    On May 1, 2008, I spoke with David Secrest, attorney for Plaintiff Norman Runyan, and asked if he would be amenable to stipulating to continue the case management conference currently set for June 17, 3:30 p.m., so as to consolidate it with the July 10 hearing on the Tribal Government Defendants' Motion to Dismiss. I explained that my reason for asking was two-fold: (1) counsel for the Tribal Government Defendants felt it might be an unnecessary expenditure of resources by Defendants and time by this Court, and wished to consolidate the case management conference with the hearing on the Motion to Dismiss in the interest of efficiency and judicial economy; and (2) lead counsel for the Tribal Government Defendants had family commitments that conflicted with the scheduled case management conference.

4    3.    Mr. Secrest told me that although he was willing to stipulate to advance the case management conference since he would like to engage in discovery sooner than later, he was not amenable to stipulating to the case management conference's being consolidated with the July 10 hearing on the Motion to Dismiss.

5    4.    I informed Mr. Secrest that counsel for the Tribal Government Defendants would file their Request for Continuation of Case Management Conference in the absence of Plaintiff's stipulation for a continuance.

//
//
//
//

DECLARATION OF WILLIAM WOOD    Case No. 3:08-CV-01924-VRW

1  I declare under penalty of perjury under the laws of the State of California that the
2  foregoing is true and correct.  Executed this 12th day of May 2008, at Los Angeles, California.
3
4                                                           /s/ William Wood
                                                         William Wood, Declarant
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26  # 5324190_v1
27
28

3

DECLARATION OF WILLIAM WOOD                                            Case No. 3:08-CV-01924-VRW

1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NORMAN RUNYAN, | CASE NO. 3:08-CV-01924-VRW |
| Plaintiff, | Date: July 10, 2008<br>Time: 2:30 pm |
| vs. | Judge: Hon. Vaughn R. Walker |
| RIVER ROCK ENTERTAINMENT<br>AUTHORITY et al., | [PROPOSED] ORDER CONTINUING<br>CASE MANAGEMENT CONFERENCE |
| Defendants | |

1

[PROPOSED] ORDER                                                         Case No. 3:08-CV-01924-VRW
CONTINUING CASE MANAGEMENT CONFERENCE

1   This matter is before the Court on Specially-Appearing Defendants' Request for
2   Continuation of Case Management Conference.  Upon consideration of the Request, on this ____
3   day of May, 2008,
4   IT IS SO ORDERED that the Case Management Conference, currently set for June 17,
5   3:30 p.m., is continued, and will be re-calendared as appropriate.

6
7
                                                            _____
8                                                           CHIEF JUDGE VAUGHN R. WALKER
                                                            UNITED STATES DISTRICT COURT
9                                                           NORTHERN DISTRICT OF CALIFORNIA
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
    # 5324198_v1
27
28

2

[PROPOSED] ORDER                                                               Case No. 3:08-CV-01924-VRW
CONTINUING CASE MANAGEMENT CONFERENCE