IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN RUNYAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RIVER ROCK ENTERTAINMENT<br>AUTHORITY, et al.,<br><br>　　　　Defendants.<br>_____/ | No.  C 08-1924   VRW<br><br>**CLERK'S NOTICE** |

(Defendant is directed to serve a copy, and file proof of service, of this notice on any party in this action not appearing on the court's Notice of Electronic Filing or the Certificate of Service)

　　　　YOU ARE NOTIFIED THAT because the Court has not ruled on the issue of jurisdiction, the hearing on Defendant's Motion Dismiss has been rescheduled to August 14, 2008 at 2:30 p.m.

　　　　You are further notified that the Case Management Conference has been scheduled for September 11, 2008 at 3:30 PM.  The parties are directed to file a joint case management statement one week prior to the conference.  Please report to Courtroom 6, on the 17th floor, 450 Golden Gate Avenue, San Francisco, California.

Parties requesting a continuance shall submit a stipulation and proposed order. If parties are unable to reach a stipulation, the requesting party shall submit an exparte application with a proposed order.

Dated: June 18, 2008

　　　　　　　　　　　　　　　　　　　　　　　　FOR THE COURT,
　　　　　　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk

　　　　　　　　　　　　　　　　　　　　　　　　By: *Cora Klein*
　　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy Clerk to
　　　　　　　　　　　　　　　　　　　　　　　　Chief Judge Vaughn R Walker

email: cora_delfin-klein@cand.uscourts.gov