Law Offices of David S. Secrest
A Professional Corporation
David S. Secrest, Esq. [State Bar #142299]
504 Plaza Alhambra, Suite 201
P. O. Box 1029
El Granada, CA 94018-1029
Tel: 650-726-7461
Fax: 650-726-7471
Attorney for Plaintiff
Norman Runyan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NORMAN RUNYAN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RIVER ROCK ENTERTAINMENT AUTHORITY, RIVER ROCK CASINO, HARVEY HOPKINS, an individual, and DOES 1-50, inclusive,<br><br>　　　　Defendants. | CASE No. 3:08-CV-01924-VRW<br><br>Date: August 14, 2008<br>Time: 2:30 pm<br>Judge: Hon. Vaughn R. Walker<br><br>SUPPLEMENTAL DECLARATION OF NORMAN RUNYAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS; SIGNATURE ATTESTATION OF FILING ATTORNEY |

I, Norman Runyan, declare as follows:

1.　I am over the age of 18 and the plaintiff in this action. I have personal knowledge of each fact stated in this declaration, and if called upon by this Court to do so, I can and will competently testify to these matters.

2.　The Memorandum of Points & Authorities filed in Reply to the Opposition states that I "was hired by the Tribal government to assist it in running its on-reservation governmental operations." While that is true, it is also the case that my former employer, during the time in

-1-

*Norman Runyan v. River Rock Entertainment Authority, et al.;* **Case No. 3:08-CV-01924-VRW**
**SUPP. DEC. OF NORMAN RUNYAN ISO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS**

which I acted as Chief Operating Officer pursuant to the express terms of the Employment Agreement in question, rented a 30,000 sq. ft. facility in Healdsburg called "Foss Creek."

3.      Foss Creek is not now, and never was, on Tribal land.  Foss Creek is, and at all times pertinent was, where the Tribal Offices are actually located, as are the following RREA Casino Departments: Warehouse, Purchasing, Compliance, Safety, Human Resources, and others.

4.      In fact, I spent about 40% of my time performing the functions of my job duties at Foss Creek, which is also where I met with the RREA Board of Directors on a regular basis.

5.      Accordingly, I performed a substantial portion of my actual job duties outside of and away from Tribal land.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed:      August 3, 2008, in Geyserville, California

_____
/ S /
Norman Runyan

Law Offices of
David S. Secrest
A Professional Corporation
504 Plaza Alhambra, Ste. 404
P.O. Box 1029
El Granada, CA  94018-1029

-2-

*Norman Runyan v. River Rock Entertainment Authority, et al.;* **Case No. 3:08-CV-01924-VRW**
SUPP. DEC. OF NORMAN RUNYAN ISO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS

I, David S. Secrest, declare as follows:

1. I am the attorney of record for plaintiff NORMAN RUNYAN in this action, and make this Declaration of my own personal knowledge. I am an attorney at law licensed to practice in the U.S. District Court, No. Dist., California. I make this declaration of my own personal knowledge.

2. If I am called upon to testify about these matters, I can and will competently do so.

3. I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

I certify under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Dated: July 24, 2008

        Law Offices of David S. Secrest
        A Professional Corporation

        _____
        David S. Secrest
        Attorney for Plaintiff
        Norman Runyan

Law Offices of
David S. Secrest
A Professional Corporation
504 Plaza Alhambra, Ste. 494
P.O. Box 1029
El Granada, CA 94018-1029

-3-

*Norman Runyan v. River Rock Entertainment Authority, et al.;* **Case No. 3:08-CV-01924-VRW**
SUPP. DEC. OF NORMAN RUNYAN ISO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS