1  HOLLAND & KNIGHT LLP
   Frank R. Lawrence (State Bar. No. 147531)
2  Zehava Zevit (State Bar No. 230600)
   William Wood (State Bar No. 248327)
3  633 West Fifth Street, 21st Floor
   Los Angeles, California  90071-2040
4  Telephone: (213) 896-2400
   Facsimile: (213) 896-2450
5  frank.lawrence@hklaw.com
   zehava.zevit@hklaw.com
6  william.wood@hklaw.com

7  Attorneys for Specially-Appearing Defendants
   RIVER ROCK ENTERTAINMENT AUTHORITY
8  RIVER ROCK CASINO
   HARVEY HOPKINS
9

10

11              **UNITED STATES DISTRICT COURT**

12              **NORTHERN DISTRICT OF CALIFORNIA**

13                   **SAN FRANCISCO DIVISION**

14
   NORMAN RUNYAN,                )   CASE NO. 3:08-CV-01924-VRW
15                               )
              Plaintiff,          )   Date:  Aug. 14, 2008
16                               )   Time:  2:30 pm
        vs.                      )   Judge: Hon. Vaughn R. Walker
17                               )
   RIVER ROCK ENTERTAINMENT      )
18 AUTHORITY et al.,             )   DEFENDANTS' OBJECTION TO
                                 )   PLAINTIFF'S FILING OF
19            Defendants          )   SUPPLEMENTAL DECLARATION
                                 )
20                               )
                                 )
21                               )
                                 )
22 _____)

23 //

24 //

25 //

26 //

27 //

28 //

---

SPECIALLY-APPEARING DEFENDANTS' OBJECTION TO PLAINTIFF'S FILING    Case No. 3:08-CV-01924-VRW
OF SUPPLEMENTAL DECLARATION

1 | Specially Appearing Defendants hereby object to Plaintiff's filing of a "Supplemental
2 | Declaration" in contravention of Civil L. R. 7-3(d) and ask that the Court disregard it.

3 | On July 31, 2008 Specially Appearing Defendants filed a timely Reply to Plaintiff's
4 | Opposition to Defendants' Motion to Dismiss. Docket #17. On August 3, 2008 Plaintiff filed a
5 | pleading entitled "Supplemental Declaration of Norman Runyan In Support of Plaintiff's
6 | Opposition To Motion To Dismiss; Signature Attestation Of Filing Attorney." Docket #18.

7 | Under Civil L. R. 7-3(d), once a reply is filed "no additional memoranda, papers or letters
8 | may be filed without prior court approval." Plaintiff did not obtain prior court approval.
9 | Likewise, Plaintiff's time for filing pleadings in opposition to Defendants' motion has long
10 | passed. Accordingly, Defendants object to Plaintiff's filing of the supplemental declaration and
11 | ask that the declaration be disregarded.

12 | Alternatively, if the Court is inclined to consider Plaintiff's declaration, Defendants
13 | hereby seek leave to file a response.

16 | Dated: August 5, 2008        HOLLAND & KNIGHT LLP

17 |                              By:        /s/
                                          Zehava Zevit

19 |                              Attorneys for Specially Appearing Defendants,
                                 RIVER ROCK ENTERTAINMENT AUTHORITY
                                 RIVER ROCK CASINO
20 |                             HARVEY HOPKINS

22 | # 5517515_v1

28 | 1

SPECIALLY-APPEARING DEFENDANTS' OBJECTION TO PLAINTIFF'S FILING          Case No. 3:08-CV-01924-VRW
OF SUPPLEMENTAL DECLARATION