**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

August 20, 2008

Sonoma County Superior Court
Hall of Justice
600 Administration Drive
Santa Rosa, CA 95403

RE:  CV 08-01924 VRW    NORMAN RUNYAN-v-RIVER ROCK ENTERTAINMENT
        Your Case Number: (SCV 242491)

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

    (X)    Certified copies of docket entries

    (X)    Certified copies of Remand Order

    ()    Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Gwen Agid
Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5  Rev. 7/92
o:\mrg\civil\remand.mrg